# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gerald Fulton Jr.              CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-15166 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of 49th Parallel Properties, LTD and index same on the master mailing list.

                                   Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
23 Dec 2025, 12:27:36, EST

                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322