IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Bankruptcy No. 25-15166
:
Debtor : Chapter 13

*Gerald Sutton, V*

**CERTIFICATION OF NO PAYMENT ADVICES**
Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, _Gerald Sutton, V_, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

- ☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ I have received no regular income other than Social Security payment throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☑ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

- ☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ I did not receive payments advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my information, knowledge and belief.

_12/18/25_
Date

_[signature]_
Debtor