```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

In Re:    Gerald Fulton, Jr.     ) Chapter 13
              Debtor(s)          )
                                 ) 25-15166-amc
                                 )
                                 )

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

    I, David M. Offen, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all the creditors on the Attached Matrix via 1st Class Mail on December 23, 2025.

Dated:   December 23, 2025       /s/ David M. Offen
                                              David M. Offen, Esquire
                                              Attorney for Debtor(s)
                                              The Curtis Center
                                              601 Walnut Street, Suite 160 West
                                              Philadelphia, PA 19106
                                              215-625-9600
                                              info@offenlaw.com

Bayview Loan Servicing LLC
c/o 49th Parallel Properties, Ltd
c/o Covery Financial
144 Landa St. #558
New Braunfels, TX 78130


Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Credence Resource Management, LLC
Attn: Bankruptcy
Po Box 2300
Southgate, MI 48195


Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113


Delaware County - Real Estate Tax
201 W. Front Street
Media, PA 19063


LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602


Mission Lane LLC
Mission Lane LLC, Attn: Bankruptcy
Po Box 105286
Atlanta, GA 30348

```
Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Upper Darby Township
Municipal Building
100 Garrett Road
Upper Darby, PA 19082-3135


Verizon Wireless
Attn: Bankruptcy Department
P.O.Box 408
Newark, NJ 07101
```