# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gerald Fulton Jr.　　　　　　　　　　CHAPTER 13

　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　BKY. NO. 25-15166 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of 49th Parallel Properties, LTD and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Matthew Fissel
　　　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　　　23 Dec 2025, 12:27:36, EST

　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　(215) 627-1322

Document ID: f8bf589ada0e95e40f414c7aea642c9e78fe0e070c896ed3afe24080dbd08636