## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        Gerald Fulton, Jr.,                    : Chapter 13
                                    Debtor           : Case No. 25-15166-amc

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **Delaware County Tax Claim Bureau, a creditor and/or party in interest** ("the Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, requests that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to Debtor.

                                   **TOSCANI, STATHES & ZOELLER, LLC**

Dated:   **12/29/2025**              BY:   /s/ Stephen V. Bottiglieri
                                           Stephen V. Bottiglieri, Esquire
                                           Attorney for the
                                           Delaware County Tax Claim Bureau
                                           899 Cassatt Road, Suite 320
                                           Berwyn, PA 19312
                                           P (610) 497-4901
                                           sbottiglieri@tszlegal.com

L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:　　　Gerald Fulton, Jr.,　　　　　　: Chapter 13
　　　　　　　　　　Debtor　　　　　　　: Case No. 25-15166-amc

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, Stephen V. Bottiglieri, certify that on December 29, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Appearance and Request for Notices

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  December 29, 2025 　　　　　/s/ Stephen V. Bottiglieri
　　　　　　　　　　　　　　　Stephen V. Bottiglieri, Esq. No. 87343
　　　　　　　　　　　　　　　Toscani, Stathes & Zoeller, LLC
　　　　　　　　　　　　　　　899 Cassatt Road, Suite 320
　　　　　　　　　　　　　　　Berwyn, PA 19312
　　　　　　　　　　　　　　　(610) 647-4901
　　　　　　　　　　　　　　　sbottiglieri@tszlegal.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name:  Gerald Fulton, Jr.
Address:  7100 Pennsylvania Avenue, Upper Darby, PA 19082
Relationship of Party Debtor
Via:　　　CM/ECF　　　X 1st Class Mail　　　Certified Mail　　　e-mail:
Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name  Scott F. Waterman, Esquire, Chapter 13 Trustee
Address 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606
Relationship of Party Chapter 13 Standing Trustee
Via:          X CM/ECF      1st Class Mail          Certified Mail          e-mail:
Other:

Name  Office of the United States Trustee
Address Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of Party United States Trustee
Via:          X CM/ECF      1st Class Mail          Certified Mail          e-mail:
Other:

Name: David M. Offen, Esquire
Address: The Curtis Center, 601 Walnut Street, Suite 160 West, Philadelphia, PA 19106
Relationship of Party: Counsel to Debtor
Via:          X CM/ECF      1st Class Mail          Certified Mail          e-mail:
Other:

Name
Address
Relationship of Party
Via:          CM/ECF        1st Class Mail          Certified Mail          e-mail:
              Other:

Name
Address
Relationship of Party
Via:          CM/ECF        1st Class Mail          Certified Mail          e-mail:
              Other: