UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
    Gerald Fulton, Jr. | Bankruptcy No.25-15166-AMC

        Debtor

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 15th day of April, 2026, by first class mail upon those listed below:

Gerald Fulton, Jr.
7100 Pennsylvania Avenue
Upper Darby, PA  19082

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQUIRE
7614 ALGON AVENUE
PHILADELPHIA, PA  19111-3320

/s/ *Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee