UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Gerald Fulton, Jr.           : Chapter 13
                Debtor      : Case No. 25-15166-amc

## PRAECIPE TO WITHDRAW OBJECTIONS TO CONFIRMATION

TO THE CLERK:

Kindly mark the Objections to Confirmation filed by the Delaware County Tax Claim Bureau at docket number 13 on December 29, 2025 and docket number 21 on March 25, 2026 as **WITHDRAWN**.

Respectfully submitted:

**TOSCANI, STATHES & ZOELLER, LLC**

Dated:   5/20/26      BY:  /s/ Stephen V. Bottiglieri
                                   Stephen V. Bottiglieri, Esquire
                                   Counsel to Delaware County Tax Claim Bureau
                                   899 Cassatt Road, Suite 320
                                   Berwyn, PA 19312
                                   610-647-4901
                                   sbottiglieri@tszlegal.com