IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                       |   |                        |
|-----------------------|---|------------------------|
| IN RE:                | : | Chapter 13             |
| Gerald Fulton, Jr.    | : | Case No. 25-15166-amc  |
| Debtor(s)             |   |                        |

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

o Amended Plan

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

**Dated:**   May 20, 2026          **/s/ David M. Offen**
**David M. Offen, Esquire**
**Attorney for Debtor(s)**
**The Curtis Center**
**601 Walnut Street, Suite 160 West**
**Philadelphia, PA 19106**
**215-625-9600**
**info@offenlaw.com**

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee via CM/ECF**

SCOTT F. WATERMAN
ECFMail@ReadingCh13.com
**Trustee via CM/ECF**

STEPHEN VINCENT BOTTIGLIERI
sbottiglieri@tszlegal.com
ToscaniStathesZoellerLLC@jubileebk.net
Attorney for Creditor Delaware County Tax Claim Bureau **via CM/ECF**

MATTHEW K. FISSEL
bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com
Attorney for Creditor 49th Parallel Properties, LTD **via CM/ECF**

JAMES RANDOLPH WOOD
jwood@portnoffonline.com
jwood@ecf.inforuptcy.com
Attorney for Creditor Upper Darby Township **via CM/ECF**