Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Gerald Fulton, Jr.
7100 Pennsylvania Avenue
Upper Darby, PA 19082

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-15166-AMC**

Petition Filed Date: 12/18/2025
341 Hearing Date: 01/30/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2026 | $1,210.00 | | 02/24/2026 | $1,210.00 | | 03/23/2026 | $1,210.00 | |
| 04/22/2026 | $1,210.00 | | 05/22/2026 | $1,210.00 | | 07/09/2026 | $1,210.00 | |
| 07/22/2026 | $1,210.00 | | | | | | | |

**Total Receipts for the Period: $8,470.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $8,470.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DELAWARE COUNTY TAX CLAIM BUREAU<br>»» 001 | Secured Creditors | $11,801.71 | $0.00 | $0.00 |
| 2 | T-MOBILE USA INC<br>»» 002 | Unsecured Creditors | $1,260.89 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $485.16 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $340.77 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $340.69 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $451.94 | $0.00 | $0.00 |
| 7 | RESURGENT CAPITAL SERVICES<br>»» 007 | Unsecured Creditors | $591.43 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $752.53 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $405.46 | $0.00 | $0.00 |
| 10 | VERIZON BY AIS AS AGENT<br>»» 010 | Unsecured Creditors | $4,132.45 | $0.00 | $0.00 |
| 11 | VERIZON BY AIS AS AGENT<br>»» 011 | Unsecured Creditors | $156.30 | $0.00 | $0.00 |
| 12 | UPPER DARBY TOWNSHIP<br>»» 012 | Secured Creditors | $7,003.03 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-15166-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | UPPER DARBY TOWNSHIP<br>»» 013 | Secured Creditors | $16,605.36 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $469.64 | $0.00 | $0.00 |
| 15 | TRUIST BANK - DDA RECOVERY<br>»» 015 | Unsecured Creditors | $370.22 | $0.00 | $0.00 |
| 16 | COVEY FINANCIAL LLC<br>»» 016 | Mortgage Arrears | $74,808.83 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,470.00 | Current Monthly Payment: | $1,210.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $652.19 | Total Plan Base: | $129,950.00 |
| Funds on Hand: | $7,817.81 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.