**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gerald Fulton Jr.<br>Debtor(s)<br><br>49th Parallel Properties, LTD, its successors and/or assigns<br>Movant<br>vs.<br><br>Gerald Fulton Jr.<br>Debtor(s)<br><br>Scott F. Waterman<br>Trustee | CHAPTER 13<br><br><br>NO. 25-15166 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of 49th Parallel Properties, LTD, which was filed with the Court on or about March 2, 2026.

Dated: September 8, 2026

Respectfully submitted,

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Gerald Fulton Jr.** | **BK NO. 25-15166 AMC** |
| **Debtor(s)** | **Chapter 13** |
| **49th Parallel Properties, LTD** **Movant** | **Related to Claim No. 16** |
| **vs.** | |
| **Gerald Fulton Jr.** | |
| **Debtor(s)** | |
| **Scott F. Waterman** **Trustee** | |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 9/9/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 9/9/2026

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Gerald Fulton Jr.<br>7100 Pennsylvania Avenue<br>Upper Darby, PA 19082 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>______________<br>(as authorized by the court *) |
| David M. Offen Esq.<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>______________<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>______________<br>(as authorized by the court *) |