United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-15166-amc
Gerald Fulton, Jr. Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 10, 2026 Form ID: 155 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald Fulton, Jr., 7100 Pennsylvania Avenue, Upper Darby, PA 19082-3613 |
| 15087766 | + | 49th Parallel Properties, LTD, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15085631 | + | Bayview Loan Servicing LLC, c/o 49th Parallel Properties, Ltd, c/o Covery Financial, 144 Landa St. #558, New Braunfels, TX 78130-7978 |
| 15107948 | + | Covey Financial, LLC, 8626 Tesoro Dr. Ste 701, San Antonio TX 78217-6234 |
| 15085635 | + | Delaware County - Real Estate Tax, 201 W. Front Street, Media, PA 19063-2700 |
| 15088113 | + | Delaware County Tax Claim Bureau, c/o STEPHEN VINCENT BOTTIGLIERI, Toscani, Stathes & Zoeller, LLC, 899 Cassatt Road, Suite 320 Berwyn, PA 19312-1190 |
| 15088070 | + | Stephen V. Bottiglieri, Esquire, Toscani Stathes and Zoeller, LLC, 899 Cassatt Road, Suite 320, Berwyn, PA 19312-1190 |
| 15105011 | + | Upper Darby Township, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 15085639 | | Upper Darby Township, Municipal Building, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 15104781 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 15104782 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15087178 | ^ | MEBN | Sep 11 2026 02:33:22 | 49th Parallel Properties, LTD, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15085632 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2026 02:44:36 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15085633 | + | Email/Text: bankruptcy@credencerm.com | Sep 11 2026 02:39:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 15085634 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2026 02:44:25 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15088069 | + | Email/Text: kenneyk@co.delaware.pa.us | Sep 11 2026 02:39:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 15103352 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2026 02:39:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15085636 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 02:44:26 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15091923 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 02:44:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15085637 | | Email/Text: ml-ebn@missionlane.com | Sep 11 2026 02:38:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 15100438 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 11 2026 02:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15102161 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 02:44:31 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15085638 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2026 02:44:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15090725 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2026 02:44:32 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15106453 | + | Email/Text: bankruptcy@bbandt.com | Sep 11 2026 02:39:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15104103 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2026 02:44:30 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15085640 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 11 2026 02:38:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15087768 | *+ | 49th Parallel Properties, LTD, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Gerald Fulton Jr. ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor 49th Parallel Properties LTD msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor 49th Parallel Properties LTD bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

STEPHEN VINCENT BOTTIGLIERI
on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ToscaniStathesZoellerLLC@jubileebk.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Gerald Fulton Jr.<br><br>Debtor(s). | ) | Case No. 25−15166−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 9, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court